**EXHIBIT A**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 2/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LIAN TONG CHEN,

          Plaintiff,

-against-

CLEW Z ANGUS INC. d/b/a NIU NOODLE,
STEPHEN LI, ROSITA LI, RICHARD LI/
RICHARD LEE, JANE DOE and JOHN DOE,

          Defendant.
_____

Civil Action No. 18-cv-1151 (ER)

**STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above captioned matter, that the claims of Plaintiff are hereby dismissed without prejudice in their entirety as against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

    This Stipulation may be executed in counterparts, and that a facsimile copy of this Stipulation has the same force and effect as an original.

Date: New York, New York
       February _11_, 2019

_____
John S. Yong Esq.
Law Offices of John S. Yong
39 East Broadway, 5th Floor
New York, NY 10002
Tel: 212-233-6668
Attorneys for Plaintiffs

_____
Edward J. Cuccia, Esq.
Law Office of Edward J. Cuccia, PC
100 Lafayette Street, Suite 201
New York, NY 10013
Tel: 212-966-7775
Attorneys for Defendants

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 2/13/2019
New York, New York